UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RUDOLPHO ENRIQUE JOUV'ERT,                :

        Plaintiff,                     :     **O R D E R**

 - against -                              :     07 Civ. 5825 (NRB)

THE CITY OF NEW YORK,                     :

        Defendant.                     :

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    All pretrial discovery in this case shall be completed by August 5, 2008. Dispositive motions, if any, should be submitted no later than September 5, 2008. In the absence of the submission of a dispositive motion by September 5, 2008, this case will be considered ready for trial.

    **IT IS SO ORDERED.**

DATED:    New York, New York
         May 5, 2008

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

Copies of the foregoing have been mailed on this date to the following:

Plaintiff pro se

Rudolpho Enrique Jouv'ert
06 A 4662
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

Counsel for Defendant

Brian Francolla, Esq.
Office of the Corporation Counsel
City of New York
Law Department
100 Church Street
New York, NY 10007