UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

RUDOLPHO ENRIQUE JOUV'ERT,                      :

                    Plaintiff,                  :         **O R D E R**

      - against -                               :         07 Civ. 5825 (NRB)

THE CITY OF NEW YORK,                           :

                                                :
                    Defendant.
                                                :
------------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      Plaintiff moves this Court pursuant to 28 U.S.C. § 1915(e) for
appointment of counsel. When deciding whether to appoint a lawyer
for an indigent party in a civil action, the following criteria are
applied: (1) the merits of the party's claims; (2) ability to pay;
(3) plaintiff's efforts to obtain a lawyer; (4) the availability of
a lawyer; and (5) plaintiff's ability to gather and deal with the
relevant facts. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172
(2d Cir. 1989). The threshold requirement is a showing of
sufficient likelihood of success on the merits to warrant the
appointment of counsel. See, e.g., McDonald v. Head Criminal Court
Supervisor Officer, 850 F.2d 121 (2d Cir. 1988). When evaluating
the merits, pro se complaints are held to a less stringent
standard. Haines v. Kerner, 404 U.S. 519 (1972).

      Based upon the record submitted to date, I cannot conclude
that plaintiff has demonstrated a likelihood of success on the

merits that would support the appointment of counsel.  Thus, the
application is denied without prejudice to reconsideration at a
later time should future developments warrant a different result.

**IT IS SO ORDERED.**

DATED:     New York, New York
           June 16, 2008

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE